1 | MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
2 | OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
3 | San Jose, California 95110-1770
Telephone: (408) 299-5900
4 | Facsimile: (408) 292-7240

5 | Attorneys for Defendants
COUNTY OF SANTA CLARA
6 | AND LAURIE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALVINA VASQUEZ, et al., | No. C11-05812 LHK |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Mediation (ADR L.R. 6).

The parties agree to hold the ADR session by August 31, 2012.

///
///
///
///
///
///
///
///

1  I hereby attest that I have on file, the holograph signature indicated by a "conformed"
2  signature (/S/) within this e-filed document.

3  Dated: March 6, 2012                        Respectfully submitted,

4                                              MIGUEL MÁRQUEZ
                                               County Counsel
5
                                        By:    _____/S/_____
6                                              David M. Rollo
                                               Deputy County Counsel
7
                                               Attorneys for Defendants
8                                              COUNTY OF SANTA CLARA
                                               AND LAURIE SMITH
9

10 Dated: March 6, 2012           By:          _____/S/_____
                                               John L. Burris, Esq.
11                                             Attorney for Plaintiffs

12                        **[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**

13  ☒  The parties' stipulation is adopted and IT IS SO ORDERED.

14  ☐  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

19  Dated: March 8, 2012          *Lucy H. Koh*
                                  _____
20                                Judge Lucy H. Koh
                                  United States District Judge

---

2

Stip and [P̶r̶o̶p̶o̶s̶e̶d̶] Order Selecting ADR Process                       Case No. C11-05812 LHK