MIGUEL MÁRQUEZ, County Counsel (S.B. #184621)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA
AND LAURIE SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA VASQUEZ, et al., | No. C11-05812 LHK |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Mediation (ADR L.R. 6).

The parties agree to hold the ADR session by August 31, 2012.

///
///
///
///
///
///
///
///

1    I hereby attest that I have on file, the holograph signature indicated by a "conformed"

2  signature (/S/) within this e-filed document.

3  Dated:  March 6, 2012                     Respectfully submitted,

4                                            MIGUEL MÁRQUEZ
                                             County Counsel
5
                                     By:     _____/S/_____
6                                            David M. Rollo
                                             Deputy County Counsel
7
                                             Attorneys for Defendants
8                                            COUNTY OF SANTA CLARA
                                             AND LAURIE SMITH
9

10  Dated:  March 6, 2012           By:      _____/S/_____
                                             John L. Burris, Esq.
11                                           Attorney for Plaintiffs

12                          **[PROPOSED] ORDER**

13  ⊠   The parties' stipulation is adopted and IT IS SO ORDERED.

14  ⸱⸱⸱   The parties' stipulation is modified as follows, and IT IS SO ORDERED.

15

16

17

18

19  Dated: March 8, 2012            _Lucy H. Koh_____
                                    Judge Lucy H. Koh
20                                  United States District Judge

21

22

23

24

25

26

27

28