United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALVINA VASQUEZ, et al., | ) | Case No.: 11-cv-05812-LHK |
| Plaintiffs, | ) | |
| v. | ) | ORDER DIRECTING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT |
| COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the case management conference set for June 6, 2012, as required pursuant to Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file one joint case management statement by Monday, June 4, 2012, at noon.  The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: May 31, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-05812-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT