LORI E. PEGG, Acting County Counsel (S.B. #129073)
DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, LAURIE SMITH, VICTOR CRUZ, MIGUEL JAUREGI, RYAN REYES, NICHOLAS HOLLY, SAYAD HUSSAIN, DUNG TRAN, ERIC TAYLOR and ALBERTO LOIZA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Jose Division)

| | |
|---|---|
| ALVINA VASQUEZ, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARAet al.,<br><br>  Defendants. | No.    C1105812 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER CHANGING TIME FOR MEDIATION AND DISCOVERY CUT-OFF DATES**<br>**LOCAL RULE 6-2**<br><br>Trial Date:   June 3, 2013 |

The parties by and through their respective counsel hereby stipulate and agree to the following changes in the case management scheduling order:

| **Event** | **Current Date** | **Modified date** |
|---|---|---|
| Mediation | Last day August 31, 2012 | Last day October 5, 2012 |
| Discovery cut-off | November 16, 2012 | December 14, 2012 |

All other dates to remain as scheduled pursuant to the case management order.  This stipulation and requested order is accompanied by the Declaration of David M. Rollo filed in support thereof.

///

///

///

1

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                              LORI E. PEGG
                                              ACTING COUNTY COUNSEL

Dated: August 22, 2012          By:         /S/
                                                DAVID M. ROLLO
                                                Deputy County Counsel

                                                Attorneys for Defendants
                                                COUNTY OF SANTA CLARA, LAURIE SMITH, VICTOR CRUZ, MIGUEL JAUREGI, RYAN REYES, NICHOLAS HOLLY, SAYAD HUSSAIN, DUNG TRAN, ERIC TAYLOR and ALBERTO LOIZA


                                                LAW OFFICES OF JOHN L. BURRIS

Dated: August 22, 2012          By:         /S/
                                                  JOHN L. BURRIS

                                                Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

The court has reviewed the stipulation by the parties and proposed order changing the time for mediation and close of fact discovery in this matter. GOOD CAUSE appearing, the case management order is modified as follows:

1. The last day to have the matter mediated shall be changed from August 31, 2012 to October 5, 2012.

2. The close of fact discovery shall now be December 14, 2012.

3. All other dates in the case management order remain unchanged. Trial remains set for June 3, 2013.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: August 23, 2012                *Lucy H. Koh*
                                             Honorable Lucy H. Koh
                                             Judge of the United States District Court

627686