UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALVINA VASQUEZ, et al., | Case No.: 11-CV-05812-LHK |
| Plaintiffs, | |
| v. | ORDER VACATING CASE MANAGEMENT CONFERENCE; AND CASE MANAGEMENT ORDER |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

Having reviewed the parties' September 19, 2012 Joint Case Management Conference Statement, the Court hereby VACATES the case management conference set for September 26, 2012. A further case management conference is set for January 9, 2012, at 2:00 p.m.

The Court adopts the parties' proposal to extend the fact discovery cutoff to December 14, 2012, and to extend the deadline for opening expert reports to December 17, 2012. In all other respects, the case schedule remains as set in the March 8, 2012 Case Management Order. The case schedule is as follows:

FACT DISCOVERY CUTOFF is December 14, 2012

EXPERT DISCOVERY:
    Opening Reports: December 17, 2012
    Rebuttal Reports: January 7, 2013
    Cut-off: January 28, 2013

DISPOSITIVE MOTIONS shall be filed by February 14, 2013, and set for hearing no later than March 21, 2013, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is May 8, 2013, at 2:00 p.m.

JURY TRIAL DATE is June 3, 2013, at 9 a.m. in courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 10 days.

**IT IS SO ORDERED.**

Dated: September 21, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge