1  JOHN L. BURRIS, Esq./ State Bar #69888
2  BENJAMIN NISENBAUM, Esq./State Bar #222173
   LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200          Facsimile: (510) 839-3882

5  Attorneys for Plaintiffs

6

7                        UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  ALVINA VASQUEZ, individually and as co-         Case No. C 11-05812 LHK
   successor-in-interest to Decedent JASON
10 VASQUEZ; GABRIELLE VASQUEZ,                     **ADMINISTRATIVE MOTION AND ORDER
   individually and as co-successor-in-interest to  TO FILE DOCUMENT UNDER SEAL**
11 Decedent JASON VASQUEZ; JASON
   VASQUEZ, JR., individually and as co-            No hearing date set pursuant to L.R. 7-11
12 successor-in-interest to Decedent JASON
13 VASQUEZ; S.V., a minor, by and through her
   guardian ad litem Geri Urbano, individually and
14 as co-successor-in-interest to Decedent JASON
   VASQUEZ; So.V., a minor, by and through her
15 guardian ad litem Geri Urbano, individually and
16 as co-successor-in-interest to Decedent JASON
   VASQUEZ; and ORALIA MASON,
17 individually,

18           Plaintiffs,

19      vs.

20 COUNTY OF SANTA CLARA, a municipal
21 corporation; LAURIE SMITH, individually;
   VICTOR CRUZ, individually and in his official
22 capacity as a peace officer for the COUNTY OF
   SANTA CLARA; MIGUEL JAUREGI,
23 individually and in his official capacity as a
24 peace officer for the COUNTY OF SANTA
   CLARA; RYAN REYES, individually and in
25 his official capacity as a peace officer for the
   COUNTY OF SANTA CLARA; NICHOLAS
26 HOLLY, individually and in his official capacity
27 as a peace officer for the COUNTY OF SANTA
   CLARA; SAYAD HUSSAIN, individually and
28 in his official capacity as a peace officer for the
   (caption continues on following page)

ADMINISTRATIVE MOTION AND ORDER TO FILE DOCUMENT UNDER SEAL                            1

| | |
|---|---|
| 1 | COUNTY OF SANTA CLARA; DUNG TRAN, individually and in his official capacity as a peace officer of the COUNTY OF SANTA CLARA; ERIC TAYLOR, individually and in his official capacity as a peace officer for the COUNTY OF SANTA CLARA; ALBERTO LOIZA, individually and in his official capacity as a peace officer for the COUNTY OF SANTA CLARA; and DOES 8-25, individually, inclusive, |

Defendants.
                                        /

## MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules 7-11 and 79-5, Plaintiffs hereby move the Court for an Order to File Documents Under Seal.

The document to be filed under seal is the Petition appointing Guardian Ad Litem and Approving Minor's compromise in the above-entitled action. The documents must be filed under seal in order to protect the privacy rights of the two minor Plaintiffs, S.V. and So. V., identified therein by their full names and birthdates.

Plaintiffs' counsel has conferred with Defendants' counsel, David Rollo, who has no objection to the document being filed under seal.

Respectfully submitted.

Dated: October 10, 2012           **The Law Offices of John L. Burris**

_/s/_
Ben Nisenbaum
Attorney for Plaintiffs

## ORDER

PURSUANT TO Local Rule 79-5, the Petition and Order appointing Guard Ad Litem and Approving Minor's Compromise in the above-noted action shall be filed under seal.

**IT IS SO ORDERED.**

Dated: October 12, 2012

*Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE