UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA VASQUEZ, individually and as co-successor-in-interest to Decedent JASON VASQUEZ; GABRIELLE VASQUEZ, individually and as co-successor-in-interest to Decedent JASON VASQUEZ; JASON VASQUEZ, JR., individually and as co-successor-in-interest to Decedent JASON VASQUEZ; S.V., a minor, by and through her guardian ad litem Geri Urbano, individually and as co-successor-in-interest to Decedent JASON VASQUEZ; So.V., a minor, by and through her guardian ad litem Geri Urbano, individually and as co-successor-in-interest to Decedent JASON VASQUEZ; and ORALIA MASON, individually,<br><br>    Plaintiffs,<br><br>    vs.<br><br>COUNTY OF SANTA CLARA, a municipal corporation; et al.<br><br>    Defendants.<br>_____ / | Case No. C 11-05812 LHK<br><br>**REDACTED ORDER APPOINTING GUARDIAN AD LITEM AND APPROVING MINORS' COMPROMISE** |

### **ORDER**

**PURSUANT TO PLAINTIFFS' PETITION**, the Court hereby grants Plaintiffs' Petition according to the terms of the petition herein:

GERI URBANO is hereby appointed the Guardian Ad Litem to prosecute the claims of Minor Plaintiffs S████ VASQUEZ and S████ VASQUEZ in this action.

The Court hereby approves the Petition to Compromise the Minors' claims, and orders as follows:

a. S▮▮▮ VASQUEZ shall receive $150,000.00 in settlement. Attorneys' fees from this settlement shall be at 25% of the total recovery, or $37,500.00. 21% of the total costs advanced shall be recovered by The Law Offices of John L. Burris. Minor Plaintiff S▮▮▮ VASQUEZ shall receive a net settlement of $111,617.45.

Of S▮▮▮ VASQUEZ's net settlement, $11,617.45 shall be placed in an interest-bearing blocked trust account at an FDIC insured banking institution for the benefit of Minor Plaintiff S▮▮▮ VASQUEZ. From this blocked trust account, $400.00 shall be released to Minor Plaintiff S▮▮▮ VASQUEZ on her 17th birthday, July ▮▮ 2013, remainder payable on 18th birthday.

Of Minor Plaintiff S▮▮▮ VASQEUZ's net recovery, $100,000.00 will be placed in a structured settlement through ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for annuitant Minor Plaintiff S▮▮▮ VASQUEZ as further set forth and described in the Petition and Order attached as Exhibit A

b. S▮▮▮ VASQEUZ shall receive $150,000.00 in settlement. Attorneys' fees from this settlement shall be at 25% of the total recovery, or $37,500.00. 21% of the total costs advanced shall be recovered by The Law Offices of John L. Burris. Minor Plaintiff S▮▮▮ VASQUEZ shall receive a net settlement of $111,617.45

Of S▮▮▮ VASQUEZ's net settlement, $11,617.45 shall be placed in an interest-bearing blocked trust account at an FDIC insured banking institution for the benefit of Minor Plaintiff S▮▮▮ VASQUEZ remainder payable on 18th birthday.

Of Minor Plaintiff S▮▮▮ VASQUEZ's net recovery, $100,000.00 will be placed in a structured settlement through ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for annuitant Minor Plaintiff S▮▮▮ VASQUEZ as further set forth and described in the Petition and Order attached as Exhibit A.

No other distribution may occur without first obtaining an Order of the Court. Any draft of withdrawal is to show such endorsement. Bond is hereby waived. A copy of this Order shall be

delivered to payer forthwith. Attorney fees are not due or payable until such time as the balance of the funds have been deposited pursuant to the Order; and,

Upon receipt of the full amount of the settlement sum herein approved and the deposit of the funds, Petitioner is hereby authorized and directed to execute and deliver to payer and defendants COUNTY OF SANTA CLARA, if Petitioner has not yet done so at that time, a full, complete, and final Release and discharge of and from any and all claims and demands of said minors by reason of the incident described in said Petition and the resulting injuries and damages to said minors.

**IT IS SO ORDERED.**

Dated: Pqxgodgt'7.'4234

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE