UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALVINA VASQUEZ, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>      Defendants. | Case No.: 11-CV-05812-LHK<br><br>ORDER SUGGESTING STIPULATION OF DISMISSAL |

On September 24, 2012, the Court received notice that the parties settled this action through mediation. ECF No. 28. On November 5, 2012, the Court granted Plaintiffs' Petition to Appoint Guardian Ad Litem and Approve Minors' Compromise. ECF Nos. 33, 34. Given the resolution of this case, the parties shall file a stipulation of dismissal by November 16, 2012, or a status report explaining why they are unable to do so.

**IT IS SO ORDERED.**

Dated: November 9, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-05812-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL