1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALVINA VASQUEZ, et al., | ) | Case No.: 11-CV-05812-LHK |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER SUGGESTING STIPULATION |
| | ) | OF DISMISSAL |
| COUNTY OF SANTA CLARA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On September 24, 2012, the Court received notice that the parties settled this action through mediation. ECF No. 28. On November 5, 2012, the Court granted Plaintiffs' Petition to Appoint Guardian Ad Litem and Approve Minors' Compromise. ECF Nos. 33, 34. Given the resolution of this case, the parties shall file a stipulation of dismissal by November 16, 2012, or a status report explaining why they are unable to do so.

**IT IS SO ORDERED.**

Dated: November 9, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 11-CV-05812-LHK
ORDER SUGGESTING STIPULATION OF DISMISSAL