UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALVINA VASQUEZ, et al., | Case No.: 11-CV-05812-LHK |
| Plaintiffs, | |
| v. | ORDER REGARDING STIPULATION OF DISMISSAL |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

On September 24, 2012, the Court received notice that the parties settled this action through mediation.  ECF No. 28.  On November 5, 2012, the Court granted Plaintiffs' Petition to Appoint Guardian Ad Litem and Approve Minors' Compromise.  ECF Nos. 33, 34.  Consequently, on November 9, 2012, the Court ordered the parties to file a stipulation of dismissal by November 16, 2012, or a status report explaining why they were unable to do so.  ECF No. 35.  The parties failed to comply with the Court's order.  Accordingly, the parties shall file a stipulation of dismissal by December 7, 2012, or a status report explaining why they are unable to do so.  If the parties fail to comply with this Order, the Court may impose sanctions.

**IT IS SO ORDERED.**

Dated: November 28, 2012

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-05812-LHK
ORDER REGARDING STIPULATION OF DISMISSAL