1  JOHN L. BURRIS, Esq. (State Bar #69888)
   BENJAMIN NISENBAUM, Esq. (State Bar #222173)
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
   Oakland, California 94621
4  Telephone: (510) 839-5200
   Facsimile:  (510) 839-3882
5
6  Attorneys for Plaintiffs

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 ALVINA VASQUEZ, individually and as co-        Case No. C 11-05812 LHK
   successor-in-interest to Decedent JASON
11 VASQUEZ; GABRIELLE VASQUEZ,                    **STIPULATION OF DISMISSAL**
   individually and as co-successor-in-interest to **Fed. R. Civ. P. 41 (a)(1)**
12 Decedent JASON VASQUEZ; JASON
   VASQUEZ, JR., individually and as co-
13 successor-in-interest to Decedent JASON
   VASQUEZ; S.V., a minor, by and through her
14 guardian ad litem Geri Urbano, individually and
   as co-successor-in-interest to Decedent JASON
15 VASQUEZ; So.V., a minor, by and through her
   guardian ad litem Geri Urbano, individually and
16 as co-successor-in-interest to Decedent JASON
   VASQUEZ; and ORALIA MASON,
17 individually,

18
19         Plaintiffs,

20      v.

21 COUNTY OF SANTA CLARA, a municipal
   corporation; LAURIE SMITH, individually;
22 VICTOR CRUZ, individually and in his official
   capacity as a peace officer for the COUNTY OF
23 SANTA CLARA; MIGUEL JAUREGI,
   individually and in his official capacity as a
24 peace officer for the COUNTY OF SANTA
   CLARA;  RYAN REYES, individually and in
25 his official capacity as a peace officer for the
   COUNTY OF SANTA CLARA; NICHOLAS
26 HOLLY, individually and in his official capacity
   as a peace officer for the COUNTY OF SANTA
27 CLARA; SAYAD HUSSAIN, individually and
   in his official capacity as a peace officer for the
28 (caption continues on following page) COUNTY
   OF SANTA CLARA; DUNG TRAN,
   individually and in his official capacity as a
   peace officer of the COUNTY OF SANTA
   CLARA; ERIC TAYLOR, individually and in

STIPULATION OF VOLUNTARY DISMISSAL                                                  1

his official capacity as a peace officer for the COUNTY OF SANTA CLARA; ALBERTO LOIZA, individually and in his official capacity as a peace officer for the COUNTY OF SANTA CLARA; and DOES 8-25, individually, inclusive,

                  Defendants.

The parties hereby stipulate that the matter has been settled and Plaintiffs have executed a Settlement Agreement and General Release which is incorporated herein as part of the stipulation. The parties agree that Plaintiffs dismiss this action, in its entirety, as to all defendants, with prejudice pursuant to FRCP 41(a)(1), each side to bear their own attorneys' fees and costs.

Dated:  November 6, 2012            Respectfully submitted,

                                             THE LAW OFFICES OF JOHN L. BURRIS

                                       By:    /s/
                                               BENJAMIN NISENBAUM

                                             Attorneys for  Plaintiffs

Dated:  September 19, 2012         Respectfully submitted,

                                             MIGUEL MÁRQUEZ
                                             County Counsel

                                       By:    /s/
                                             DAVID M. ROLLO
                                             Deputy County Counsel
                                             Attorneys for  Defendants
                                             COUNTY OF SANTA CLARA and
                                             LAURIE SMITH

## ORDER

PURSUANT TO THE PARTIES STIPULATION OF DISMISSAL, the instant action is hereby dismissed in its entirety, as to all defendants, with prejudice.  Each side shall bear their own attorneys' fees and costs.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  December 6, 2012                          _/s/ Lucy H. Koh_
                                               HONORABLE LUCY H. KOH
                                               United States District Court Judge