JOHN L. BURRIS, Esq. (State Bar #69888)
BENJAMIN NISENBAUM, Esq. (State Bar #222173)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVINA VASQUEZ, individually and as co-successor-in-interest to Decedent JASON VASQUEZ; GABRIELLE VASQUEZ, individually and as co-successor-in-interest to Decedent JASON VASQUEZ; JASON VASQUEZ, JR., individually and as co-successor-in-interest to Decedent JASON VASQUEZ; S.V., a minor, by and through her guardian ad litem Geri Urbano, individually and as co-successor-in-interest to Decedent JASON VASQUEZ; So.V., a minor, by and through her guardian ad litem Geri Urbano, individually and as co-successor-in-interest to Decedent JASON VASQUEZ; and ORALIA MASON, individually, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SANTA CLARA, a municipal corporation; LAURIE SMITH, individually; VICTOR CRUZ, individually and in his official capacity as a peace officer for the COUNTY OF SANTA CLARA; MIGUEL JAUREGI, individually and in his official capacity as a peace officer for the COUNTY OF SANTA CLARA;  RYAN REYES, individually and in his official capacity as a peace officer for the COUNTY OF SANTA CLARA; NICHOLAS HOLLY, individually and in his official capacity as a peace officer for the COUNTY OF SANTA CLARA; SAYAD HUSSAIN, individually and in his official capacity as a peace officer for the (caption continues on following page) COUNTY OF SANTA CLARA; DUNG TRAN, individually and in his official capacity as a peace officer of the COUNTY OF SANTA CLARA; ERIC TAYLOR, individually and in | Case No. C 11-05812 LHK <br><br> **STIPULATION OF DISMISSAL** <br> **Fed. R. Civ. P. 41 (a)(1)** |

his official capacity as a peace officer for the COUNTY OF SANTA CLARA; ALBERTO LOIZA, individually and in his official capacity as a peace officer for the COUNTY OF SANTA CLARA; and DOES 8-25, individually, inclusive,

          Defendants.

The parties hereby stipulate that the matter has been settled and Plaintiffs have executed a Settlement Agreement and General Release which is incorporated herein as part of the stipulation. The parties agree that Plaintiffs dismiss this action, in its entirety, as to all defendants, with prejudice pursuant to FRCP 41(a)(1), each side to bear their own attorneys' fees and costs.

Dated: November 6, 2012          Respectfully submitted,

          THE LAW OFFICES OF JOHN L. BURRIS

By:   /s/
BENJAMIN NISENBAUM

Attorneys for Plaintiffs

Dated: September 19, 2012      Respectfully submitted,

MIGUEL MÁRQUEZ
County Counsel

By:   /s/
DAVID M. ROLLO
Deputy County Counsel
Attorneys for Defendants
COUNTY OF SANTA CLARA and
LAURIE SMITH

## ORDER

PURSUANT TO THE PARTIES STIPULATION OF DISMISSAL, the instant action is hereby dismissed in its entirety, as to all defendants, with prejudice. Each side shall bear their own attorneys' fees and costs. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 6, 2012

*Lucy H. Koh*
HONORABLE LUCY H. KOH
United States District Court Judge

663936.DOC

STIPULATION OF VOLUNTARY DISMISSAL      2